Order issued February 7 , 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00887-CV

## IN RE PHILLIPPE PADIEU, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82280-07**

# ORDER

Before Justices Francis, Myers, and Evans

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

DAVID EVANS
JUSTICE